**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON BRANDON ALLEN,<br>Plaintiff,<br>v.<br>WEST VALLEY DETENTION CENTER, et al.,<br>Defendant. | Case No. 5:26-cv-00199-MCS-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties did not file any written objections to the report. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: November 6, 2026

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE