**JS-6**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JASON BRANDON ALLEN,
Plaintiff,

v.

WEST VALLEY DETENTION CENTER, et al.,
Defendants.

Case No. 5:26-cv-00199-MCS-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is DENIED and this action is dismissed without prejudice.

Dated: November 6, 2026

Mark C. Scarsi

HON. MARK S. SCARSI
UNITED STATES DISTRICT JUDGE